**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. _14-2529-Simonton_

UNITED STATES OF AMERICA

vs.

**Gheorghe Adrian Lupu and**
**Nicolai Ceausescu**

                          **Defendants.**
_____/

FILED by _____ D.C.

APR 3 0 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. - MIAMI

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United
      States Attorney's Office prior to October 14, 2003?        _____ Yes    _X_ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007?        _____ Yes    _X_ No


                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

          BY:       _____
                    MARC OSBORNE
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No./Court No. A5500796
                    500 S. Australian Avenue, Suite 400
                    West Palm Beach, FL 33401-6235
                    Tel: (561) 820-8711
                    Fax: (561) 820-8777
                    Email: marc.osborne@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. *14- 2529-Simonton* |
| Gheorghe Adrian Lupu and | ) | |
| Nicolai Ceausescu | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____May 2013 through 4/26/2014____ in the county of ____Miami-Dade____ in the

____Southern____ District of ____Florida____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1029(b)(1), (a)(1), and (a)(4) 18 U.S.C.§§ 1349 and 1344 | Conspiracy to commit access device fraud and conspiracy to commit bank fraud |

This criminal complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Manuel Hernandez, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___4/30/14___

_____
*Judge's signature*

City and state: _____MIAMI, FLORIDA_____

ANDREA M. SIMONTON, MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND SEARCH WARRANTS

I, Manuel Hernandez, being first duly sworn, hereby depose and state as follows:

I make this affidavit in support of 1) a complaint charging Gheorghe Adrian LUPU and Nicolai CEAUSESCU with conspiracy to commit access device fraud and conspiracy to commit bank fraud between in or around May 2013 through on or about April 26, 2014 and 2) warrants to search units 3556, 2037, and 2542 in the Grand Condominium, 1717 North Bayshore Drive Miami FL.

I am a Special Agent of the United States Department of Homeland Security Immigration Customs Enforcement Agency office of Homeland Security Investigations ("HSI"), and have been so employed since March 2010. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, Section 2516. I am currently assigned to the HSI Miami Special Agent in Charge. Prior to HSI, I served as a Special Agent of the United States Department of Health and Human Services Office of the Inspector General from approximately March 2005 until February 2010. During my tenure as a special agent, I have conducted numerous criminal investigations into, among other crimes, bank fraud, fraud and related activity in connection with access devices, fraud and related activity in connection with identification documents, authentication features and information, aggravated identity theft and conspiracy.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, bank surveillance video, bank transaction records, leasing records, State of Florida Motor Vehicle records, and witnesses. This affidavit is intended to show merely that there is sufficient probable

cause for the requested search warrants and does not set forth all of my knowledge about this matter.

Your affiant is investigating a suspected case involving a scheme to defraud generally referred to as ATM Skimming. In this scheme, a small portable card-reading device ("skimming device") is placed over or inside of the mouth of the card slot of a bank automated teller machine (ATM) to create a false front. The skimming device is often attached using glue. This skimming device reads and stores the information encoded on the magnetic stripes of the debit or credit cards that are introduced in the ATM by legitimate bank customers. A miniature camera is surreptitiously mounted somewhere on the ATM, usually concealed within the light panel or built into the device itself, to capture customers entering their Personal Identification Number ("PIN") access codes. After the perpetrators of the scheme have removed the undetected skimming device and camera, the debit card numbers stored in the skimmer and the video from the camera are electronically extracted ("downloaded") from the skimming device using a computer. The downloaded debit card numbers are subsequently electronically re-encoded onto the magnetic strips of blank plastic cards or gift cards. These manufactured cards, containing the legitimate bank customers' information, then serve in place of the actual bank debit cards. The video, obtained from the camera, is reviewed by the perpetrators in order to obtain the customers' PIN access codes. These counterfeit debit cards are then used in combination with PIN access codes to make unauthorized withdrawals from the legitimate bank customers' accounts.

On approximately December 14th, 2013 United States Customs and Border Protection ("CBP") intercepted an international package wherein Elena Moldovan, with an address of 6538 Collins Avenue #644 Miami Beach, FL 33141, was listed as the consignee. Written on the

outside shipping label of the package was "Spare part for machine". Upon opening the international package, pursuant to border authority, CBP discovered that the package contained what was later identified as an electronic component that could be used in a skimming device.

On approximately December 23rd, 2013, pursuant to a Grand Jury Subpoena, your affiant obtained records from the UPS Store 3041 located at 6538 Collins Avenue Miami Beach, FL 33141, for box 644. The Mailbox Service Agreement, dated November 12th, 2013, lists Florian Martin as the applicant. Romanian passport 14828097 depicting the name Florian Claudiu Martin ("MARTIN") date of birth 04-05-1976, was provided as identification. Additionally, the UPS Store advised that MOLDOVAN is an authorized representative and provided copies of her International Driver's license and her immigration parole both depicting MOLDOVAN's photograph. A UPS Store representative reported to me that MOLDOVAN and MARTIN both regularly picked up packages from the box.

In January 2014, SunTrust Bank representatives reported to your affiant that beginning no later than May 2013 a then-unidentified male, later identified as MARTIN as further described below, and several other yet-to-be-identified individuals were captured on SunTrust Bank ATM Surveillance video installing, maintaining, and removing both skimming devices and the corresponding video cameras as well as conducting unauthorized withdrawals from compromised bank accounts. On April 16th, 2014 SunTrust Bank representatives reported that, since May 2013, MARTIN has been personally involved with at least 45 different skimming events wherein approximately 639 bank cards were compromised resulting in an actual loss to SunTrust Bank of approximately $134,960. I have reviewed still photographs provided by SunTrust Bank taken from ATM surveillance video of many of these incidents as well as logs of ATM activity. Based on this review, I observed that, on numerous occasions, MARTIN

3

withdrew funds from multiple accounts that had earlier been compromised by ATM skimming, in other words, accounts for which debit cards had been inserted into an ATM between the time a skimmer was installed on the ATM and the time the skimmer was removed. I also observed that, on some occasions, MARTIN removed skimmers from ATMs.

FBI Special Agent Kevin Morrisey showed an FBI Confidential Human Source ("CHS") a still photograph of the aforementioned ATM surveillance video. The CHS recognized the male individual captured on the surveillance video and advised that he resided at the DoubleTree residences in Miami, FL.

Your affiant along with FBI Special Agent Kevin Morrisey obtained leasing records from The Grand Condominium located at 1717 North Bayshore Drive Miami FL. The Grand Condominium is adjacent to the DoubleTree Hotel. Contained within the leasing documents was a copy of a Florida Driver's License belonging to Florian Claudiu Martin having a date of birth of 04-05-1976. Employees of Global Grand Management, a company that manages numerous units within The Grand Condominium, advised that MARTIN lives in unit 3556 and that he pays the monthly rent of that unit and at least three others in cash. The employees further advised that although units 2037, 2542, and 4244 are registered to three other individuals it is in fact MARTIN who pays the monthly rent of the those units in cash and he is the employees' point of contact with respects to all four units. The owner of Global Grand Management also owns the units it manages, including the four units MARTIN rents.

A check of U.S. immigration records revealed that a Florian Claudiu Martin having a date of birth of 04-05-1976 was encountered by immigration officials on 02-21-2011 near Douglas Arizona after having illegally crossed on foot into the United States from Mexico. Martin sought asylum and was released on bond. He currently has a pending asylum application.

4

A review of the photograph on MARTIN's driver's license, the aforementioned stills from SunTrust Bank ATM surveillance video, and the photograph taken during the 02-21-2011 immigration encounter indicates that the male in the SunTrust Bank surveillance photographs appears to be MARTIN.

On 04-28-2014, your affiant received still photographs of ATM surveillance video from SunTrust Bank. MARTIN is depicted on a photograph dated 04-26-2014 taken at a SunTrust ATM located at the Lincoln Road Mall in Miami Beach, FL. SunTrust reported that the transaction that MARTIN performed at this ATM was an unauthorized withdrawal of funds from an account that was compromised during a 04-12-2014 skimming incident that occurred at a SunTrust Bank ATM located in Apopka, FL.

On Tuesday, April 29, 2014, the Honorable Andrea M. Simonton issued a warrant for Martin's arrest in Case No. 14-2512-Simonton. At approximately 6:00 AM this morning, April 30, 2014, I and other HSI and Federal agents and law enforcement officers went to the four units of the Grand Condominium for which MARTIN pays the rent in cash, including apartment 3556.

I and other agents knocked on the door to unit 3556 and announced our identities, but received no answer. We then used a key provided by the apartment's owner to open the door. Upon opening the door, we were approached by an occupant from inside the apartment. I asked his consent to enter the apartment, which he gave. In the apartment, we observed six male individuals. MARTIN was not among them.

Agents performed a security sweep of the four-bedroom apartment. In one of the bedrooms, an agent observed in plain view an open bag, inside which the agent observed sandpaper and spray paint. Based on my training and experience, I know that individuals committing ATM skimming often use sandpaper to sand down the side of the skimmer that will

5

be glued to the ATM, in order to help it adhere.

Some of the occupants were in their underwear. The other occupants were patted down for officer safety. An agent felt a foreign object in one of the pockets of Matei Augustin MIREA KASIMIADOU. The agent removed the object and observed it to be $820 in twenty dollar bills and an American Express gift card with a white sticker attached to it. Written on the white sticker was a 4-digit number. Based on my training and experience, I know that gift cards can be reencoded to function as counterfeit debit (ATM) cards, as described above, and that ATM PINs are often four-digit numbers.

Agents asked all six individuals for their passports or immigration documents to check their immigration status. MIREA KASIMIADOU stated that his passport was located in a black bag to which he directed agents. The bag was locked with a combination lock. An agent asked MIREA KASIMIADOU for the combination to the lock and asked his consent to open the bag and retrieve his passport. He gave the agent the combination and his consent. An Agent opened the bag and found inside, among other things, $6,000 in twenty dollar bills, in three stacks of $2,000 each.

Laurentiu GRIMBERG stated that his passport was located in a brown bag in one of the bedrooms. This bedroom is not the one where the sandpaper was seen in plain view. An agent opened the bag and found, among other things, approximately $22,711 in cash in bills that included hundreds, fifties, and twenties. The agent also found a number of bank cards and gift cards, including American Express gift cards with a white stickers attached to them. On the stickers were written four-digit codes and people's names.

Agents asked the occupants of unit 3556 for their consent to search the apartment. Victor Gabriel TICUS stated that he lived in one of the bedrooms and gave consent to search that

6

bedroom. This bedroom is not either of the two bedrooms already discussed. He stated that he used only a portion of a dresser in that bedroom. Agents searched the bedroom, including his portion of the dresser, but not the rest of the dresser. In his portion of the dresser, an agent found two portable hard drives. An agent also found a number of prepaid cards, gift cards, and debit cards. Some of the gift cards had white stickers attached to them on which were written four-digit numbers.

As discussed above, at the same time that I and other agents entered apartment 3556, agents also went to the door of unit 2037. Agents knocked on the door. Management had previously told us that that apartment was rented in the name of Gheorghe Adrian LUPU, although MARTIN paid the rent. An individual opened the door to unit 2037 and agents asked for consent to enter, which the occupant gave. Once inside, agents observed two occupants, LUPU and Nicolai CEAUSESCU. Based on the SunTrust Bank photographs discussed above, LUPU appears to be the individual who removed the skimming device from the ATM in Apopka, FL on 04-12-2014, as discussed above. CEAUSESCU appears to be an individual who made an unauthorized withdrawal of funds from an account that was compromised during this skimming incident. CEAUSESCU made this withdrawal on 04-26-2014 at a SunTrust Bank ATM in Miami Beach. As discussed above, MARTIN also made an unauthorized withdrawal from an account compromised during the same skimming incident, also on 04-26-2014.

Agents asked LUPU and CEAUSESCU for consent to search the apartment. LUPU gave consent. In a suitcase in a closet, an agent found a plastic bag in which the agent found $8,000 in twenty dollar bills, in four stacks of $2,000 each. At that point, the search was terminated to await a search warrant.

At approximately 6:00 AM, agents also went to the doors to units 2542 and 4244. Agents

7

knocked on the doors but received no answers. At approximately 6:45 AM, agents requested that the owner open the doors, which he did. Agents entered apartment 4244 and found that it appeared to be vacant and was almost empty. Agents also entered apartment 2542. Inside the apartment, agents conducted a security sweep. Agents also asked the occupants for consent to search. The occupants gave consent, but no additional search was conducted beyond the security sweep.

Assistant United States Attorney Marc Osborne has advised me that the agents' entry into and sweep or search of apartment 2542 may have been unconstitutional. Osborne also advised that, pursuant to *Murray v. United States*, 487 U.S. 533 (1988), even if the sweep or search was unconstitutional, I can still obtain a warrant to search unit 2542. Osborne advised that, under *Murray*, I should not describe the results of the sweep or search that was already conducted in this warrant application. Osborne also advised that a warrant to search 2542 could be issued only if I "would have sought a warrant" even if the unit had not already been swept or searched. *Id* at 543.

Because of the evidentiary value of the items found in units 3556 and 2037 and the fact that MARTIN paid the rent for unit 2542 as well as 3556 and 2037, all in cash, I would have applied for a warrant to search unit 2542 even if agents had not already entered that unit and conducted a security sweep or search.

Based on my observations and those of other agents, Attachment A-3556, A-2037, and A-2542 accurately describe units 3556, 2037, and 2542 respectively in the Grand Condominium, 1717 North Bayshore Drive Miami FL.

Respectfully submitted,

Manuel Hernandez
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this _30th_ day of April, 2014

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _14-2529- Simonton_

### BOND RECOMMENDATION

DEFENDANT: Gheorghe Adrian Lupu

PRETRIAL DETENTION

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
AUSA: MARC OSBORNE

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): S/A Manuel Hernandez, HSI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: *14-2529-Simonton*

### BOND RECOMMENDATION

DEFENDANT: Nicolai Ceausescu

PRETRIAL DETENTION

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
AUSA MARC OSBORNE

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): S/A Manuel Hernandez, HSI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)